FILED

07 MAY 21 AM 8:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     POV     DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>JORGE CRUZ ARINA DE ANDA,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 06cr2152 JM<br><br>ORDER DENYING MOTION FOR REPLACEMENT OF COUNSEL |

　　　　On or about May 11, 2007 the court received from Defendant a Motion for Replacement of Counsel under Sixth Amendment ("Motion"). Defendant fails to establish that appointment of new counsel is warranted under the circumstances, particularly where the court has appointed five previous attorneys for Defendant. Defendant is entitled to competent counsel, not counsel of his choice. See United States v. Robinson, 913 F.2d 712, 714 (9th Cir.1990). As Defendant fails to identify any debilitating conflict or other credible grounds for replacement of counsel, the motion is denied.

　　　　In sum, the motion for appointment of replacement counsel is denied.

**IT IS SO ORDERED.**

DATED: ___5/16___, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All parties

06cr2152 Order Denying Motion for Replacement Counsel.wpd

- 1 -

06cr2152